JS 44 (Rev 3/99)

# CIVIL COVER SHEET

ORIGINAL

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM )

### I. (a) PLAINTIFFS
Robert P. Williams, on his behalf and on behalf of those similarly situated

**DEFENDANTS**
FAIRWAY INDEPENDENT MORTGAGE CORPORATION

County of Residence of First Listed Defendant _____
(IN U S. PLAINTIFF CASES ONLY)

(b) County of Residence of First Listed Plaintiff  Tarrant
(EXCEPT IN U S PLAINTIFF CASE)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

(c) Attorney's (Firm Name, Address, and Telephone Number)

J. Derek Braziel          PHONE
**EDWARDS & GEORGE, LLP**  214-749-1400
208 N. Market Street, Suite 400
Dallas, Texas 75202

Attorneys (If Known)

DEC 15 2003   3 03 CV 2985 - P

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

### II. BASIS OF JURISDICTION (Place and "X" in One Box Only)

- ☐ 1 U S Government Plaintiff
- ■ 3 Federal Question (U S Government Not a Party)
- ☐ 2 U S Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff (For Diversity Cases Only) and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 1 | ☐ 1 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated or Principal Place of Business In Another State | ☐ 2 | ☐ 2 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 3 | ☐ 3 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R R & Truck | | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety / Health | ☐ 820 Copyrights | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayments of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 830 Patent | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | ☐ 840 Trademark | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | | | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | | | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐ 894 Energy Allocation Act |
| | | | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ■ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 864 SSID Title XVI | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation | | |
| | | ☐ 555 Prison Condition | ☐ 791 Empl Ret Inc Security Act | **FEDERAL TAX SUITS** | |
| | | | | ☐ 870 Taxes (U S Plaintiff or Defendant) | |
| | | | | ☐ 871 IRS - Third Party 26 USC 7609 | |

### V. ORIGIN (Place an "X" in One Box Only)

- ■ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION (Cite the U S Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes under diversity )
Fair Labor Standards Act, 29 U.S.C. Section 201, et seq.

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION   DEMAND $ _____   CHECK YES only if demanded in complaint.
JURY DEMAND: ■ Yes  ☐ No

### VIII. RELATED CASE(S) IF ANY (See instructions)
JUDGE _____   DOCKET NUMBER _____

Date: December 15, 2003
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG JUDGE ____

JS 44 Reverse (Rev 12/96)

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** (a) Plaintiffs-Defendants Enter names (last, first, middle initial) of plaintiff and defendant If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing In U S plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record If there are several attorneys, list them on an attachment, noting in this section "(see attachment)"

**II.** Jurisdiction The basis of jurisdiction is set forth under Rule 8(a), F R. C.P., which requires that jurisdictions be shown in pleadings Place an "X" in one of the boxes If there is more than one basis of jurisdiction, precedence is given in the order shown below

United States plaintiff (1) Jurisdiction based on 28 U.S.C. 1345 and 1348 Suits by agencies and officers of the United States, are included here.

United States defendant (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question (3) This refers to suits under 28 U.S C 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States In cases where the U S is a party, the U S plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked (See Section III below, federal question actions take precedence over diversity cases.)

**III.** Residence (citizenship) of Principal Parties. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party

**IV.** Nature of Suit. Place an "X" in the appropriate box If the nature of suit cannot be determined, be sure the cause of action, in Section IV below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit If the cause fits more than one nature of suit, select the most definitive

**V.** Origin. Place an "X" in one of the seven boxes

Original Proceedings (1) Cases which originate in the United States district courts

Removed from State Court (2) Proceedings initiated in state courts maybe removed to the district courts under Title 28 U S C , Section 1441 When the petition for removal is granted, check this box

Remanded from Appellate Court (3) Check this box for cases remanded to the district court for further action Use the date of remand as the filing date.

Reinstated or Reopened (4) Check this box for cases reinstated or reopened in the district court Use the reopening date as the filing date.

Transferred from Another District (5) For cases transferred under Title 28 U.S.C Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers

Multidistrict Litigation (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U S C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause.

**VII.** Requested in Complaint. Class Action Place an "X" in this box if you are filing a class action under Rule 23, F.R Cv.P

Demand In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** Related Cases. This section of the JS-44 is used to reference related pending cases if any If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| ROBERT P. WILLIAMS, on his behalf and on behalf of those similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 303CV2985-P |
| FAIRWAY INDEPENDENT MORTGAGE CORPORATION and STEVEN L. JACOBSON | § § § § | Jury Demanded |
| Defendants. | § § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Robert P. Williams brings this action against Defendants Fairway Independent Mortgage Corporation and Steve L. Jacobson (collectively referred to as "Defendants") and would show as follows:

### I. OVERVIEW

1. Defendants have failed to pay Plaintiff (and those similarly situated to him) in accordance with the Fair Labor Standards Act. Specifically, Defendants misclassified Plaintiff (and those similarly situated to him) as an exempt employee and failed to pay her for the overtime hours she worked each week. Plaintiff worked as a loan officer and merely assembled loan information for other decision-makers. Plaintiff brings this action as a collective action pursuant to 29 U.S.C. § 216(b).

### II. PARTIES

2. Plaintiff is an individual who resides in Grand Prairie, Tarrant County, Texas. Plaintiff's written consent to this action is attached as Exhibit A.

## II.   PARTIES

2.   Plaintiff is an individual who resides in Grand Prairie, Tarrant County, Texas. Plaintiff's written consent to this action is attached as Exhibit A.

3.   Defendant **Fairway Independent Mortgage Corporation** is a Texas Corporation and may be served with process by serving its Registered Agent for Service, Joel M. Hammond, 907 Suffolk Court, Southlake, Texas 76092.

4.   Defendant **Steven L. Jacobson** is a resident of the State of Wisconsin, and can be served at 771 Lois Drive, Sun Prairie, WI 53590.

## III.   JURISDICTION

5.   This Court has jurisdiction over Defendants because Plaintiff has asserted a claim arising under federal law.

## IV.   VENUE

6.   Venue is proper in the Northern District of Texas because the events forming the basis of the suit occurred in this District.

## V.   COVERAGE

7.   At all times hereinafter mentioned, Defendants have been employers within the meaning of the Section 3(d) of the FLSA, 29 U.S.C. § 203(d).

8.   At all times hereinafter mentioned, Defendants have been enterprises within the meaning of Section 3(r) of the FLSA, 29 U.S.C. § 203(r).

9.   At all times hereinafter mentioned, Defendants have been an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1) of the FLSA, 29 U.S.C. § 203(s)(1), in that said enterprises have had employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or

otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that said enterprises have had and have an annual gross volume of sales made or business done of not less than $500,000 (exclusive of excise taxes at the retail level which are separately stated).

10. At all times hereinafter mentioned, Plaintiff was an individual employee who was engaged in commerce or in the production of goods for commerce as required by 29 U.S.C. §§ 206-207.

### VI.   FACTS

11. Plaintiff was employed by Defendants as a loan officer/mortgage broker from August 2001 until July 2003. During this time period, Plaintiff, and all those similarly situated, were improperly classified as exempt from the overtime pay requirements of the Fair Labor Standards Act. Plaintiff routinely worked in excess of 40 hours per week. However, Plaintiff was not paid time and one half of his regular rate of pay for the hours he worked in excess of 40 per workweek.

12. Plaintiff is aware of other current and former employees who are similarly situated in that they do not perform work that would qualify them as exempt from the overtime requirements of the law. Plaintiff worked with other loan officers and is aware that they performed tasks that were similar to his duties. Moreover, Defendant Fairway Mortgage employs loan officers throughout its various offices. Fairway maintains 50 offices in at least 20 states. Plaintiff performed the same or similar duties to those loan officers in these other offices.

### VII.   COUNT ONE: FAILURE TO PAY WAGES IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT

13. During the relevant period, Defendants have violated and are violating the provisions of Sections 6 and/or 7 of the FLSA, 29 U.S.C. §§ 206, 207, and 215(a)(2), by employing employees

in an enterprise engaged in commerce or in the production of goods for commerce within the meaning of the FLSA as aforesaid, for workweeks longer than forty hours without compensating such employees for their employment in excess of forty hours per week at rates no less than one and one-half the regular rates for which they were employed. Defendants have acted willfully in failing to pay Plaintiff in accordance with the law.

## VIII.  RELIEF SOUGHT

14. WHEREFORE, cause having been shown, Plaintiff prays for judgment against Defendants as follows:

   a. For an Order awarding Plaintiff (and those who have joined in the suit) back wages that have been improperly withheld; and

   b. For an Order pursuant to Section 16(b) of the FLSA finding Defendants liable for unpaid back wages due to Plaintiff (and those who have joined in the suit) and for liquidated damages equal in amount to the unpaid compensation found due to Plaintiffs; and

   c. For an Order awarding Plaintiff (and those who have joined in the suit) the costs of this action;

   d. For an Order awarding Plaintiff (and those who have joined in the suit) their attorneys fees; and

   e. For and Order awarding pre-judgment and post-judgment interest at the highest rates allowed by law; and

   f. For an Order granting such other and further relief as may be necessary and appropriate.



Respectfully submitted,

**J. DEREK BRAZIEL**
*Attorney in Charge*
**EDWARDS & GEORGE LLP**
Texas Bar No. 00793380
208 N. Market Street, Suite 400
Dallas, Texas 75202
(214) 749-1400   phone
(214) 749-1010   fax
www.edwards-george.com
www.overtimelawyer.com

**ATTORNEYS FOR PLAINTIFF**

# EXHIBIT A

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought under the Fair Labor Standards Act to recover unpaid wages and overtime from my current/former employer, **Fairway Independent Mortgage Corporation**. I have been provided with a copy of the Professional Services Agreement with Edwards & George, L.L.P. and agree to be bound by its terms.

Name: Robert P. Williams

Signature: Robert Williams   11-3-03
Date

Mailing Address: 2451 Shadow Pass

City, State & Zip Code: Grand Prairie, TX 75050

Daytime Telephone: 817-804-0000

Evening Telephone: 972-602-1627

Cellular Telephone: 972-978-7726

E-Mail Address: Robpkw@sbcglobal.net


Return this form to:   J. Derek Braziel
Re: **Fairway Independent Mortgage Corporation** FLSA Litigation
EDWARDS & GEORGE LLP
208 N. Market Street, Suite 400
Dallas, Texas 75202
(214) 749-1400   Telephone
(214) 749-1010   Fax