**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 1 3 2004

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| ROBERT P. WILLIAMS, on his behalf and on behalf of those similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:CV-03-2985-P |
| FAIRWAY INDEPENDENT MORTGAGE CORPORATION and STEVEN L. JACOBSON, | § § § § | |
| | § | JURY DEMANDED |
| Defendants. | § | |

## AGREED ORDER

The Court has received and reviewed the Agreed Motion to Dismiss With Prejudice that has been filed by the parties. Plaintiff and Defendants, through their attorneys of record, have represented to the Court that all of Plaintiff's claims against Defendants have been resolved. Based on these representations, the Court is of the opinion that this cause should be dismissed. Accordingly, therefore, it is,

ORDERED that this cause be and is hereby dismissed with prejudice to Plaintiff's refiling.

SIGNED this _13th_ day of _April_, 2004.

_____
United States District Court Judge

_____
J. Derek Braziel
Attorney for Plaintiff

_____
Robert E. Luxen
Attorney for Defendants Steven L. Jacobson and
Fairway Independent Mortgage Corporation

-Solo Page-                                                                 220829.1